Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014    FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF: | CHAPTER 13 |
|---|---|
| Shobe, Nathaniel | CASE NO. LA 2:08-bk-31268 VK |
|  | TRUSTEE'S NOTICE OF CHANGE OF CREDITOR'S ADDRESS |
| Debtor |  |

NOTICE IS HEREBY GIVEN TO DEBTOR AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST, that the Trustee has been notified regarding change of creditor's address.  A copy of the initiating document is attached.

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Citi Residential | Citi Residential |
| 10801 6th Street | 6801 Colwell Blvd. |
| Rancho Cucamonga, CA  91730 | Irving, TX  75039-3198 |

Respectfully submitted,

Date: May 6, 2010                    /s/ Nancy Curry

Nancy Curry Chapter 13 Trustee                                    Check No. 618375
Pay to: 03101932  CITI RESIDENTIAL
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0831268-VK | 301-0 | SHOBE, NATHANIEL | 8846 | 21,278.55 | 377.50 | 0.00 | 377.50 |

Y CURRY  CHAPTER 13 TRUSTEE

uth Olive Street, Suite 950
geles, California 90014



017H15532885
$0.44
04/20/2010
Mailed From 90014
US POSTAGE

Citi Residential
10801 E. 6th Street
Suite 130
Rancho Cucamonga, CA 91730

5/6/10
Cae

X 917 NBE 1 309F 06 04/22/10
FORWARD TIME EXP  RTN TO SEND
CITI RESIDENTIAL LENDING INC
6801 COLWELL BLVD
IRVING TX 75039-3198

RETURN TO SENDER

91730

---

Nancy Curry
Chapter 13 Trustee                    Disbursement Account              No. 618375
606 S. Olive ST., Suite 950           Suntrust Bank
Los Angeles, CA 90014

PAY  Three Hundred Seventy Seven Dollars and 50 Cents                   AMOUNT  $377.50
TO THE ORDER OF

                                                                        VOID AFTER April 28, 2010
CITI RESIDENTIAL
10801 6TH ST.
RANCHO CUCAMONGA, CA 91730                                              Nancy Curry

⑆618375⑆ ⑆061100790⑆ 000000575200 ⑈

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    Re: Shobe, Nathaniel

    LA 2:08-bk-31268 VK

    I declare that I am over the age of 18 years and not a party to the within action; that I am employed by Nancy Curry, Chapter 13 Trustee; and that on May 6, 2010 I served the within **TRUSTEE'S NOTICE OF CHANGE OF CREDITOR'S ADDRESS** on all interested parties in this action by mail at the following address:

Shobe, Nathaniel
13704 S. Van Buren
Gardena, CA   90247

Matthew D. Resnik
Simon & Resnik, LLP
510 W. 6th St., #1220
Los Angeles, CA   90014

Citi Residential
6801 Colwell Blvd.
Irving, TX   75039-3198

    I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

    Executed at Los Angeles, California on May 6, 2010.

                                      /s/ Catherine A. Echeverria